AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

▓▓▓▓▓▓▓ Newark, Delaware 19711, described more particularly on Attachment A

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 06- 107M

I  Michael O'Shaughnessy _____ being duly sworn depose and say:

I am a(n) __United States Postal Inspector__ and have reason to believe
               Official Title

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

▓▓▓▓▓▓▓ Newark, Delaware 19711, described more particularly on Attachment A

in the _____ District of __Delaware__
there is now concealed a certain person or property, namely (describe the person or property to be seized)

see Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence of a crime

concerning a violation of Title __18__ United States code, Section(s) __2252 and 2252A__.
The facts to support a finding of Probable Cause are as follows:   AFFIDAVIT attached.

```
F I L E D
JAN 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Affiant
Michael O'Shaughnessy
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence

September 11, 2006                                  at   Wilmington, Delaware
Date                                                     City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

The premises described as ▬▬▬▬▬▬ Newark, DE 19711 is described as a two-story single family house with a light-blue siding exterior with a black shingle roof. The exterior door of the property is burgundy/red surrounded by white trim. The windows of the property are trimmed in white. There is also a black mailbox at the driveway with the numbers ▬▬ are clearly visible on the box and the mailbox post.



## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2252 and 2252A.

1. Any visual depiction of minor(s) engaged in sexually explicit conduct or child erotica in any format or media including, but not limited to, photographs, magazines, photocopies of photographs, videocassette tapes, photographic and motion picture film, and computer images, and Express Mail package (ER938840517US) and enclosures including, but not limited to, the three DVDs associated with the controlled delivery to Thomas Baker,

2. Envelopes, letters, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer, including but not limited to the letter and catalog sent to Baker from JMG Products as identified in paragraph 6 of affidavit.

3. Correspondence pertaining to the purchase, possession or receipt of child pornography, including but not limited to saved electronic communications, paper printouts of same, notes of conversations pertaining to the purchase, possession, or receipt of child pornography.

4. Address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce including by United States Mail or by computer, and child pornography.

5. Address books, names, lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256.

6. Records evidencing occupancy or ownership of the premises located at ███████ Newark, DE 19711 including but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence.

7. Computers, keyboards, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk applications programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems, hard drives, digital cameras, scanners, and other computer related operation equipment.

8. Evidence in any format of computer visits to sites containing child pornography, including but not limited to websites, newsgroups, and chat rooms.

9. Notations of any password that may control access to a computer operating system or individual computer files.

10. Records or other items which evidence ownership or use of computer equipment found in the above residence, including but not limited to, sales receipts, bills for Internet access, cancelled checks, money order receipts, handwritten notes and handwritten notes in computer manuals.

# AFFIDAVIT

I, Michael O'Shaughnessy, being duly sworn, state the following

1. I make this affidavit in support of an application for an anticipatory warrant to search the premises located at ██████████ Newark, DE 19711. A more complete description of the location is attached to this affidavit as Attachment A and is incorporated by reference. I have probable cause to believe that the items described in Attachment B, being evidence, fruits and instrumentalities of violations of Title 18, United States Code Sections 2252 and 2252A are located there. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, United States Code, Sections 2252 and 2252A are present at the location described above.

2. I am an Inspector for the United States Postal Inspection Service ("USPIS"), assigned to the Philadelphia Division, Philadelphia, PA and have been employed by the USPIS for approximately eight (8) years. I am responsible for investigations involving the trafficking of child pornography through the United States mails. I am further responsible for enforcing federal criminal statutes involving the sexual exploitation of children, pursuant to Title 18, United States Code Sections 2251, 2252, and 2252A. I have participated in the execution of approximately 50 search warrants, and seized evidence in investigations involving the sexual exploitation of children. I have

received training and actual experience relating to Federal Criminal procedures, Federal Statutes and United States Postal Inspection Service regulations. I have received training and instruction in the field of investigation of child pornography and have had the opportunity to conduct, coordinate and/or participate in numerous investigations relating to the sexual exploitation of children.

3. Based on my own training and experience and the experience of law enforcement officers, I know that child pornographers/collectors almost always maintain and possess their materials in the privacy and security of their own homes. Child pornographers/collectors typically retain these materials for many years, and they rarely destroy these materials unless their activities are uncovered by law enforcement officials or others

4. Based on my training and experience and the experience of other law enforcement officers, I am aware that child pornographers/collectors often retain materials in a variety of media, including but not limited to, computers, VHS tapes, DVDs, still images, magazines and/or CD-ROMs or floppy disks. I am also aware that depictions of child pornography can be hidden within videotape cassettes in various ways. For example, videotapes which may have child pornography may be stored within cassette containers and boxes containing inaccurate and misleading descriptions of the contents of the videotape. Further, visual depictions of child pornography may be spliced or merged into the later portion of a videotape containing seemingly innocuous subject matter at the beginning of the videotape. Consequently, in order to

conduct a thorough examination of the content of the videotapes, it is necessary to examine the contents of such videotapes in their entirety.

**The InvestigationUBackground**

5. In or about 2000, U.S, Postal Inspectors in Dallas, TX initiated an investigation into a global child pornography enterprise. The investigation resulted in the identification of a company processing credit card transactions for subscriptions to child pornography websites. As a result of this investigation, agents recovered customer records of individuals and records of numerous transactions of individuals residing in the United States. One of the customers identified from the recovered customer list was Thomas Baker, ███████████ Newark, DE 19711. Thomas Baker was identified as a paying subscriber to multiple Internet websites offering child pornography.

6. Based on this information, on or about January 31, 2006 your affiant sent a solicitation letter via the U.S. Mails explicitly offering child pornography to Thomas Baker, ███████, Newark, DE 19711. The solicitation letter read in part as follows:

Hello Friend!

We received your name from a trusted source and understand we share a common interest. We would really like to send you our catalog. What we got (and what we really enjoy viewing) is taboo, very rare, forbidden and ILLEGAL MATERIAL. We have tried to be very discreet because of our profession and the fact is **we like to keep our private lives very private**. We do not do business over the internet. We are

strictly a mail order business. We have found that mail order is the most secure and discreet manner to distribute our products. We wanted to let you know these things up front because you can get into serious trouble with our materials if you treat them lightly or are just curious.

We offer top quality kiddy porn videos, CD-ROMS, and DVDs (homemade and commercial). Our products contain underage sex, rape, showers, pets, and other hard to find items (note: underage really means under age 18, not just actors made to look young). Some of our products show very young underage segments including boy/boy, girl/girl, and adults with girls/boys. We also have extensive contacts and will attempt to fill any special requests. Just tell us what you want!

If you're tired of the same old downloads with only seconds of action, then our videos are for you. **We offer only top quality full-length videos that have never been seen on the internet.**

We are also willing to trade our products for kiddy porn magazines, photos (homemade or commercial). Tell us what you have to trade and we can make a deal.

This is to certify that we are NOT a law enforcement officer. Could you please state the same about yourself so we will know that you are not trying to set us up.

So, if you are interested in receiving one of our catalogs, please contact us at JMG Products, P.O. Box 19534, Charlotte, NC 28219

We look forward to establishing a long lasting business/personal relationship.

**JMG Products
P.O. Box 19534
Charlotte, NC 28219**

7. On or about March 24, 2006, a First Class letter was received at P.O. Box 19534 Charlotte, NC 28219. On the exterior of the letter was a pre-printed return address label with the address of Baker, ▓▓▓▓▓▓▓ Newark, DE 19711 as the return address. Enclosed in the envelope was a handwritten note that read in part as follows:

*"Hello friend,*

*I was glad to receive your letter. It sounds like you may have some DVD's I would be interested in. Yes I do like to keep my private life Private. I am not connected with law enforcement in any way.*

*A recent fire destroyed my collection so I have nothing to sell or trade but would like to receive your catalogs. Looking forward to hearing from you soon.*

*Thomas Baker"*

8. On March 27, 2006 a query of Delaware Department of Motor Vehicle files disclosed Thomas Baker has a current Delaware Driver's license listing ███████ Newark, DE 19711 as his present home address.

9. On April 21, 2006, your affiant sent a First Class letter via the U.S. Mails to Thomas Baker, ███████ Newark, DE 19711. Enclosed in the envelope was a catalog describing items for sale. The catalog read in part as follows:

## CATALOG

### VIDEOS

**1101** - This videotape is for the boy lover. A fantastic collection showing smooth and lean boys, ages 7 to 11 at play. Hot scenes of masturbation along with tantalizing oral and anal action. These boys show plenty of interest in pleasing their partners. You won't be disappointed.

**1102** - Another gathering of the family clan and cousins Johnny and Ricky are together again. These young studs between 8 and 12 years old get into some sizzling rear entry action. If that is not enough for you the oral action will really get you excited. This is great chicken sex for the discriminating boy lover.

**1103 -** A nice video involving a threesome. Two heated and horny 12 year olds Kristin and Kara devour Britt a 12 year old stud. Four hands attacking Britt's penis is too much for him to handle. The cum shots are fantastic! Britt is also on the receiving end of some hot oral action.

**1104 –** Family fun action. Mom and dad show their sexy 10 year old daughter the finer side of things.
Both mom and daughter do a great job cocksucking. Mom plays with daughter's clit to the point of ecstasy. This is a really close family.

**1105 –** One hot sex party featuring two horny girls and two eager boys. These 10 year olds really get it on at this party. The fucking and sucking goes on and on. One of these kids even pulls a dildo out of the toybox. These kids really know how to

play with their toys.

**1106** - Teen studs, boys 12 to 15 show just what they are capable of doing. Lots of oral and anal sex, and cum shots that keep on cumming. These boys have an endless amount of energy and the enthusiasm they out into cocksucking will have a direct effect on your sex drive.

**1107** – Some of the finer classic from years gone by relived. Boys from 8 to 13 in some wild oral and anal sex with each other and with adult males. The famous episodes of "Dear Cousin Bill" and "Chicken Sex" revisited. You will not be disappointed in this one. My best selling boy lover video.

**1108** – This one is for the lolita fan. A beautiful 9 year old nymph who sucks and fucks like she is on a mission. This preteen has something for everyone. An adult male provides some of the juicier moments.

**1208-** A mom and her 11 year old daughter find daddy sleepin. She pulls the covers back and shows her daughter how to suck his big cock. Then the daughter gets her first taste of cum. Daddy then fucks mom while masturbating her daughter. Then daddy gives the daughter some of his cock. Great cum shots in this one

**1209-** Two sisters ages 11 and 13 get nude and take a bath together. Close ups of their bald pussies and tiny titties. An adult man enters the scene and the 13 year old sucks and jerks him off while the lil sis watches

**1210-** An 8 year old girl goes in for an exam. The doctor fingers her cute little pussy. After a while the doc takes out his cock and with the help of a little wad of jel is able to get his cock in the lil girls pussy.

**1211-**Another one for the boy lover! 2 hot naked boys, ages 9 and 13 years old, masturbate and jerk each other off. Then they suck each other's dick. The 13 year old cums on the younger boy.

**1212-**a muscular 14 year old boy jerks off then gets sucked off by another 9 -10 year old boy. They are joined by a man who spanks them a lot. Lots of sucking!

**1213** - A 8 year old girl sucks the little cock of a little boy about 6 years old. She jerks him off and he rubs her pussy. The little girl then gets on top and actually fucks him.

**1214** - A long blonde hair 9 year old girl and a 10 year old boy kiss and use their hands on each other. The boy then munches on her pussy and then fucks her in a couple of different positions. Great close-ups of penetration.

**1215** - Great kid orgy video…4 kids, all around 9-11 years old FUCK and SUCK each other. These 2 boys and 2 girls fuck and suck each other like little porn stars. Very HOT jack off movie. Nice fuck scenes

### PLEASE DESTROY IF NOT INTERESTED!

These are just some of what I have in the collection. If you do not see what you want I probably have it in my collection or can get it for you from one of my sources. The videos are $25.00 each. Three for $60.00.
Make checks payable to JMG

We accept personal checks, money orders or well concealed cash. We do not accept credit cards.
As stated I want to increase my collection and always willing to trade.

Look forward to hearing from you,

JMG Products
PO Box 19534
Charlotte, NC 28219

10. On or about July 24, 2006, a First Class letter was received at P.O. Box 19534, Charlotte, NC 28219. The envelope was addressed to JMG. P O Box 19534, Charlotte, NC 28219. On the upper left corner of the envelope was a handwritten return address of Thomas Baker███████████, Newark, DE 19711. Enclosed in the envelope was $60.00 in U.S. Currency and a handwritten note that read in part as follows:

*"Dear JMG,*
*The videos I'm ordering if possible should be on;*

*1st DVD*
*2nd CD-ROM*
*3rd VHS*

*At your earliest I'd like to receive*

*1108*
*1210*
*1213*

*Enclosed please find $60.00*
*Thank you*
*Thomas Baker"*

11. On September 8, 2006, your affiant contacted postal authorities in Newark, DE and confirmed Thomas Baker is currently receiving mail at ▓▓▓▓▓▓▓ Newark, DE 19711.

### Search and Seizure of Computer Equipment

12. This affidavit requests authority to search any computers and any other devices which can store documents and images in electronic form. Although the subject did not send or receive any images by computer in my investigation, for the reasons set forth in Paragraph 4 above, I have reason to believe that persons interested in child pornography often keep their collections in computers and other digital storage media. Based on the circumstances of this offense where Thomas Baker used his credit card to previously purchase access to Internet websites offering child pornography and his purchase DVDs or CD-ROMs in my investigation, and based upon my training, education, and experience, individuals who solicit and deal in illegal pornographic material via the Internet often retain email, pictures, and electronic data pertaining to their dealings on their computers and on other media for electronic storage. Also, such individuals will often print and retain pictures depicting illegal pornographic materials. Consequently, in order to conduct a thorough examination of the content on computers and computer storage media, it is necessary to examine all of the files, programs and data which exist on any computers and storage media. For the reasons set forth below, authority is requested to remove

the computers and computer storage media to another location where such computers and other electronic storage devices may be examined in their entirety by a qualified computer examiner.

13. Based upon my prior consultation with an expert in computer searches and data retrieval from computers and related media, and consultations with other Inspectors or Agents or law enforcement officers who have been involved in the search of computers and retrieval of data from computer systems, I know that searching and seizing information from computers often requires Inspectors or Agents or law enforcement officers to seize all electronic storage devices (along with related peripherals) to be searched later by a qualified computer expert in a laboratory or other controlled environment. This is true because of the following: Computer storage devices (like hard disks, diskettes, tapes, laser disks, CD-ROMs) can store the equivalent of thousand of pages of information. Additionally, a suspect may try to conceal criminal evidence; he or she might store it in random order with deceptive file names. This may require searching authorities to examine which particular files are evidence or instrumentalities of crime. This sorting process can take weeks or months, depending on the volume of data stored, and it would be impractical to attempt this kind of data search on site. Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and application, so it is often times difficult to know before a search which expert is qualified to analyze the system

and its data. In any event, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden" erased, compressed, password-protected, or encrypted files. Since computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction (either from external sources, or from destructive codes embedded in the system as a "booby trap"), a controlled environment is essential to its complete and accurate analysis.

**Controlled Delivery**

14. A controlled delivery of an Express Mail parcel (ER938840517US) bearing the return address of JMG Products, P.O. Box 19534, Charlotte, NC is scheduled for September 14, 2006. The package addressed to Thomas Baker will be delivered by Postal Inspectors. Enclosed inside the package are three DVDs containing visual depictions of minors, under the age of 18, engaging in sexually explicit activity. More specifically the three enclosed DVDs contain depictions consistent with the descriptions provided in the catalog that was mailed to Thomas Baker on April 21, 2006. This package will be kept under surveillance by myself and/or other law enforcement officers until it is received at the residence located at █████████ Newark, DE 19711. This warrant will not be executed until the Express Mail package (ER938840517US) is accepted into the residence located at █████████ █████ Newark, DE 19711.

15. Based upon the foregoing, it is believed that evidence of violations of Title 18, United States Code, sections 2252 and 2252A will be located within the address known as ███████████ Newark, DE 19711.

### Conclusion

16. Based upon the information above, I have probable cause to believe that violations of Title 18, United States Code, Sections 2252 and 2252A have been committed and that the items described in Attachment B are evidence, fruits, and instrumentalities of those violations and are located within the premises located at ███████████ Newark, DE 19711. By this affidavit, I request that the Court issue an anticipatory warrant authorizing a search of the premises located at ███████████ Newark, DE 19711 after the Express Mail package (ER938840517US) is accepted into the residence and the seizure of the items described in Attachment B.

Dated September 11, 2006

_/s/ Michael O'Shaughnessy_
Michael O'Shaughnessy
U.S. Postal Inspector

Subscribed and sworn before me this 11th day of September 2006

_/s/_
United States Magistrate Judge