AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

███████████, Newark, Delaware 19711, described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06- 107M

TO: __Postal Inspector Michael O'Shaughnessy__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Postal Inspector Michael O'Shaughnessy__ who has reason to
                                                            Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

███████████ Newark, Delaware 19711, described more particularly on Attachment A

in the _____ District of __Delaware__ _____ there is now
concealed a certain person or property, namely (describe the person or property)

see Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __September 21, 2006__
                                                                             Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ U.S. Judge or Magistrate
as required by law. You are further authorized to comply with the conditions of Attachment C.

JAN 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__September 11, 2006 11:44 A.M.__ at  Wilmington, Delaware
Date and Time Issued                       City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                    _____/s/_____
Name and Title of Judicial Officer                 Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/11/06 | 9/14/06  10:45 AM | Thomas V. Baker |

INVENTORY MADE IN THE PRESENCE OF
Yvette Thomas, R. Wade

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached Search Warrant Inventories

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Yvette A. Thomas_

Subscribed, sworn to, and returned before me this date.

_____   3/2/07
U.S. Judge or Magistrate            Date

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Thomas Baker ████████  Date: 9-14-06

Subject Address: ████████████████████  Floor/Room No.: B

Inspector(s): M. O'Shaughnessy  Case No.: _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | Assorted documents |
|  | LIBRARY CARD |
| 5 | 3.5 diskettes |
| 3 | DVD's 1210, 1213, 1108 |
|  | Express mail Package # ER 938840507 US — associated packaging |
| 2 | Letters from JMG Products |
| 1 | Priority letter flat |
| 2 | dish towels |
| 1 | Halter top — blue in color |
| 1 | Pink cami top from Kohls |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)   Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Thomas Baker
Date: 9/14/06
Subject Address: [redacted]
Floor/Room No. Room C
Inspector(s): M. O'Shaughnessy
Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Pack of 47 photos |
| 1 | Walt Disney Needlepoint Book |
| 1 | Man + Woman "The encyclopedia of Adult Relationships" volume 1 |
| 1 | 9x12 photo of 3 children in Brown cardboard frame |
| 1 | Macmillan Magic World of words Dictionary |
| 1 | Disney's Mulan Book |
| 1 | Microsoft Disc |
| 1 | Childs make up case w/ photos in it |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

The premises described as ▓▓▓▓▓▓▓▓ Newark, DE 19711 is described as a two-story single family house with a light-blue siding exterior with a black shingle roof. The exterior door of the property is burgundy/red surrounded by white trim. The windows of the property are trimmed in white. There is also a black mailbox at the driveway with the numbers ▓▓ are clearly visible on the box and the mailbox post.



ATTACHMENT B

ITEMS TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2252 and 2252A.

1. Any visual depiction of minor(s) engaged in sexually explicit conduct or child erotica in any format or media including, but not limited to, photographs, magazines, photocopies of photographs, videocassette tapes, photographic and motion picture film, and computer images, and Express Mail package (ER938840517US) and enclosures including, but not limited to, the three DVDs associated with the controlled delivery to Thomas Baker,

2. Envelopes, letters, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer, including but not limited to the letter and catalog sent to Baker from JMG Products as identified in paragraph 6 of affidavit.

3. Correspondence pertaining to the purchase, possession or receipt of child pornography, including but not limited to saved electronic communications, paper printouts of same, notes of conversations pertaining to the purchase, possession, or receipt of child pornography.

4. Address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce including by United States Mail or by computer, and child pornography.

5. Address books, names, lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256.

6. Records evidencing occupancy or ownership of the premises located at ▮▮▮▮▮▮▮▮ Newark, DE 19711 including but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence.

7. Computers, keyboards, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk applications programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems, hard drives, digital cameras, scanners, and other computer related operation equipment.

8. Evidence in any format of computer visits to sites containing child pornography, including but not limited to websites, newsgroups, and chat rooms.

9. Notations of any password that may control access to a computer operating system or individual computer files.

10. Records or other items which evidence ownership or use of computer equipment found in the above residence, including but not limited to, sales receipts, bills for Internet access, cancelled checks, money order receipts, handwritten notes and handwritten notes in computer manuals.

## ATTACHMENT C

The Court finds that probable cause exists to believe that once the parcel is delivered to the residence in question, the parcel will be taken inside that residence. You are hereby authorized to execute the search warrant only after the parcel is delivered to the residence and the parcel is taken inside the residence by an occupant or other person who assumes custody of the parcel after delivery.

With respect to any videotapes, cameras, film, and such media, and any computer hardware, software, and digital storage media, authorization is hereby granted for Postal Inspectors, and other law enforcement officers under their direction, to remove such items from the premises in order for them to be processed off the premises at a later time for the items described on Attachment B.